George E. KERSEY, Plaintiff–
Appellant,

v.

UNDER SECRETARY OF COM-
MERCE FOR INTELLECTUAL
PROPERTY and Director of the Pat-
ent and Trademark Office, Defen-
dants–Appellees.

No. 05–1272.

United States Court of Appeals,
Federal Circuit.

April 6, 2007.

Rehearing Denied April 27, 2007.

Before SCHALL, Circuit Judge,
ARCHER, Senior Circuit Judge, and
GAJARSA, Circuit Judge.

### Judgment

PER CURIAM.

*This CAUSE having been heard and
considered, it is*

*ORDERED and ADJUDGED:*

**AFFIRMED.** *See* Fed. Cir. R. 36.

WATER FUN PRODUCTS CORP.,
Plaintiff–Appellant

v.

PROSLIDE TECHNOLOGY, INC.,
Defendant–Appellee.

No. 2006–1560.

United States Court of Appeals,
Federal Circuit.

April 6, 2007.

Before MICHEL, Chief Judge,
ARCHER, Senior Judge, and DYK,
Circuit Judge.

### Judgment

PER CURIAM.

*This CAUSE having been heard and
considered, it is*

*ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.